NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In re: TC HEARTLAND LLC,**
*Petitioner*

2016-105

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in No. 1:14-cv-00028-LPS, Chief Judge Leonard P. Stark.

**ON PETITION**

PER CURIAM.

**O R D E R**

TC Heartland LLC submits a petition for a writ of mandamus directing the United States District Court for the District of Delaware to dismiss or transfer this action to the Southern District of Indiana pursuant to 28 U.S.C. § 1406(a).

Upon consideration thereof,

IT IS ORDERED THAT:

Kraft Foods Group Brands LLC is directed to respond to the petition no later than seven days from the date of

2          IN RE: TC HEARTLAND LLC

filing of this order. Any reply must be filed no later than three days from the date of the response.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19